IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 00-50232
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus

LEROY FLORES ALANIZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-99-CR-79-1
--------------------
October 18, 2000

Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Leroy Flores Alaniz ("Alaniz") appeals his conviction for being a felon in possession of a firearm. He argues that 18 U.S.C. § 922(g) is unconstitutional or the district court unconstitutionally applied § 922(g)(1) to his case.

"This court has repeatedly emphasized that the constitutionality of § 922(g)(1) is not open to question." See United States v. De Leon, 170 F.3d 494, 499 (5th Cir.), cert. denied, 120 S. Ct. 156 (1999). Recent decisions by the Supreme

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court have not altered this ruling.  The judgment of the district court is AFFIRMED.